# Order

Michigan Supreme Court
Lansing, Michigan

October 8, 2013

146680(50)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

IN RE SANDERS, Minors

SC: 146680
COA: 313385
Jackson CC: 11-002828-NA

_____

On order of the Chief Justice, the motion of the State Bar of Michigan Family Law Council for leave to file as amicus curiae in support of the brief filed on August 6, 2013, by Legal Services Association of Michigan, Michigan State Planning Body for the Delivery of Legal Services to the Poor, American Civil Liberties Union Fund of Michigan Coalition to End Domestic and Sexual Violence, and National Association of Counsel for Children is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 8, 2013



Clerk